IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV474 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $84,280.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

   The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

   Accordingly,

   IT IS ORDERED:

   (1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) and provide a draft order to the undersigned magistrate judge which will fully dispose of the case;

   (2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

   (3)  This case has been removed from the trial docket upon representation by the parties that the case has settled.

   DATED June 12, 2008.

                              BY THE COURT

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge